IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **RENEE HUFF,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:11-CV-455 (MTT) |
| ) | |
| **RAMSAY YOUTH SERVICES OF** ) | |
| **GEORGIA, INC. D/B/A MACON** ) | |
| **BEHAVIORAL HEALTH SYSTEM,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ORDER

The Court convened a discovery conference in this matter on May 18, 2012. At the conference, the Parties agreed that the current Defendants, as they are named in the Plaintiff's Complaint, are not the proper Defendants. The Parties further agreed that Ramsay Youth Services of Georgia, Inc. d/b/a Macon Behavioral Health System should be substituted for the current Defendants and that the current Defendants should be dismissed. Ramsey Youth Services of Georgia, Inc. has filed an Answer. Accordingly, and with the consent of the Parties, Ramsay Youth Services of Georgia, Inc. d/b/a Macon Behavioral Health System is added as a Defendant and the current Defendants are dismissed.

**SO ORDERED,** this 18th day of May, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT